UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NICOLE ARGENZIO, ARIEL ULBERG, KERRI HARACZ, and LACHAE VICKERS, individually and on behalf of all others similarly situated,

                    Plaintiffs,

- against -

WALMART INC.,

                    Defendant.

2:24-CV-03302-NJC-ARL

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiffs Nicole Argenzio, Ariel Ulberg, Kerri Haracz, and Lachae Vickers ("Plaintiffs"), and counsel for Walmart Inc. ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs discontinue all claims they have asserted in this litigation against Defendant. Plaintiffs and Defendant shall bear their own costs and expenses, including any attorneys' fees.

Dated: February 19, 2025

Sheehan & Associates, P.C.

By: [signature]
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck, NY 11201
spencer@spencersheehan.com
Tel: (516) 268-7080

*Counsel for Plaintiffs*

Greenberg Traurig, LLP

By: [signature]
Karen I. Bray
Andrea N. Chidyllo
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
Karen.Bray@gtlaw.com
chidylloa@gtlaw.com

*Counsel for Defendant Walmart Inc.*